

*Kendra Necaise*
**Hancock County Circuit Clerk**

152 Main Street, Suite B | Bay St. Louis, MS 39520 | Office: 228-467-5265 | Fax: 228-467-2779

CERTIFICATE OF CLERK

STATE OF MISSISSIPPI

COUNTY OF HANCOCK

I, Kendra Necaise, Circuit Clerk of the said County and State, hereby certify that the

foregoing pages contain a true and correct copy of the complete file in Cause Number

23CI1:20-cv-0047 styled Gilberto Alarcon Mortera vs State Farm Fire and Casualty
Company Insurance Company as appears on file in my office this date.

Given under my hand official seal affixed, this the 29th day of April, 2020.

KENDRA NECAISE
CIRCUIT CLERK
HANCOCK COUNTY, MS

By: _____ D.C.



**BRYAN, NELSON, SCHROEDER, CASTIGLIOLA & BANAHAN**

*Attorneys at Law*

Vincent J. Castigliola, Jr.
John A. Banahan
H. Benjamin Mullen*
Jessica B. McNeel
Calen J. Wills*
Michael R. Moore*
B. Caroline Castigliola**

E.S. Ned Nelson
1928 – 1985

John F. Bryan, III
1915 – 1994

Ernest R. Schroeder
1938 - 2018

*Admitted in Alabama
**Admitted in Louisiana

April 28, 2020

Kendra Necaise, Clerk
Hancock County Circuit Court
152 Main Street, Suite B
Bay St. Louis, MS  39520

RE:    Mortera, Gilberto v. SFF&CC
         Our File Number: 20-23,064
         Cause Number: 23CI1:20-cv-00047

Dear Ms. Necaise:

On April 27, 2020, we filed a Notice of Filing our Notice of Removal with the Circuit Court of Hancock County via MEC.  We are required to file a Certified copy of the State Court Record with the United States District Court for the Southern District of Mississippi, Southern Division within 14 days of filing the Notice of Removal, which was filed on April 24, 2020.

Please find enclosed our firm's check number 32250 in the amount of $29,00 which represents payment for a copy of the Certified State Court Record in the above referenced matter and return a same to our office at PO Drawer 1529, Pascagoula, MS  39568.  I appreciate your attention to this request.

With kindest regards, I remain

Sincerely yours,

John A. Banahan

**FILED**

APR 29 2020

KENDRA NECAISE
CIRCUIT CLERK, HANCOCK CO.

BY _____ D.C.

JAB:ekm
Enclosure

1103 Jackson Avenue · Post Office Box 1529 · Pascagoula, MS 39568-1529
p. (228) 762-6631 · f. (228) 769-6392 · www.bnscb.com

**RECEIPT** DATE 4-29-2020    No. 826195

RECEIVED FROM Bryan Nelson, Schroeder, Castigliola $29.50
& Banahan

Twenty Nine dollars

○ FOR RENT
○ FOR _____ Certified 20-0047

| ACCOUNT | | | ○ CASH | Check # 3225 |
|---|---|---|---|---|
| PAYMENT | | | ○ CHECK | FROM _____ TO |
| BAL. DUE | | | ○ MONEY ORDER | |
| | | | ○ CREDIT CARD | BY HalBen |

KENDRA NECAISE
HANCOCK COUNTY CIRCUIT CLERK

3-11

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

**Court Identification Docket #**

| 2 3 | I | C I | 2 0 2 0 | 0 0 0 4 7 |
|---|---|---|---|---|

County #  Judicial District  Court ID (CH, CI, CO)  Case Year  Docket Number

**Local Docket ID**

| 0 3 | 1 2 | 2 0 |
|---|---|---|
Month  Date  Year

*This area to be completed by clerk*

Mississippi Supreme Court    Form AOC/01
Administrative Office of Courts    (Rev 2020)

Case Number if filed prior to 1/1/94

In the **CIRCUIT** ___ Court of **HANCOCK** ___ County — ___ Judicial District

**Origin of Suit** (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual  **Alarcon Mortera**    **Gilberto**

Last Name    First Name    Maiden Name, if applicable    M.I.    Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff** _____

Attorney (Name & Address) __**Christopher J. Weldy, 105 N. College St., Brandon, MS 39042**__    MS Bar No. **103995**

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual _____
Last Name    First Name    Maiden Name, if applicable    M.I.    Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business  **STATE FARM FIRE AND CASUALTY COMPANY**
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

Attorney (Name & Address) - If Known _____    MS Bar No. _____

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment *(involuntary)*

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

- [ ] Alcohol/Drug Commitment *(voluntary)*
- [ ] Other

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

**Torts**
- [X] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other

# IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

**GILBERTO ALARCON MORTERA**                                      **PLAINTIFF**

**V.**                                          CIVIL ACTION NO. **20-00047**

**STATE FARM FIRE AND CASUALTY COMPANY**               **DEFENDANTS**

---

## COMPLAINT
## (JURY TRIAL REQUESTED)

---

COMES NOW, Gilberto Alarcon Mortera, Plaintiff in the above styled and numbered cause, by and through his attorney, and files this his Complaint against, Defendant, and in support thereof would show unto the Court the following matters and facts:

### PARTIES

1.      Plaintiff is an adult resident citizen of Mexico.

2.      Defendant is doing business in Hancock County, Mississippi, who may be served with process upon the Mississippi Insurance Commissioner.

### JURISDICTION AND VENUE

3.      This action arises out of the Defendant's breach contract and breach of the implied covenant of good faith and fair dealing in performance and enforcement of its insurance contract with Plaintiff, committed in whole or in part in the State of Mississippi against a resident of Mexico. This court has jurisdiction over the Defendant because Defendant is a corporation doing business in Hancock County, Mississippi, and the events giving rise to the claim which resulted in the denial of coverage took place in Hancock County, Mississippi.

4.      Venue is proper in Hancock County, Mississippi, since the tortious acts and breaches of Defendants were committed in whole or in part in Hancock County, Mississippi.

FILED

MAR 1 2 2020

KENDRA NECAISE
CIRCUIT CLERK HANCOCK CO
BY _____ D.C.  Clerk Papers 4

## FACTS

6.     On or about July 7, 2018, Plaintiff's property at #102A Kona Villa, Diamondhead, Mississippi was damaged.

7.     Plaintiff and the Kona Villa Owners Association ("Kona Villa") contacted its insurance company, State Farm, regarding the damage Plaintiff's condominium unit sustained.

8.     On September 7, 2018, State Farm responded to Plaintiff and Kona Villa with a letter denying Plaintiff's claim.

9.     State Farm did not cite to any policy provision in their September 7, 2018 letter.

10.     State Farm relied upon a "maintenance" provision in Kona Villa's by-laws to deny insurance coverage to the Plaintiff.

11.     State Farm claimed each condo unit owner would be responsible for their own interior repairs.

12.     On February 17, 2020, counsel for Plaintiff contacted State Farm for a copy of all correspondence concerning the claim and a copy of the policy at issue.

13.     On February 20, 2020, State Farm provided only the September 7, 2018 letter. State Farm refused to provide the policy to its insured, the Plaintiff, because State Farm claimed Kona Villa did not give State Farm permission to send that information to Plaintiff.

14.     On February 24, 2020, counsel for Plaintiff notified State Farm that Plaintiff is a member of the association and is entitled to the policy.

15.     On March 2, 2020, after receiving no response from State Farm, counsel for Plaintiff contacted the president of Kona Villa, Kim Ellingberg.  Mr. Ellingberg notified counsel for Plaintiff that Kona Villa authorized State Farm to provide Plaintiff with a copy of the policy.

Clerk Papers 5

16.     Subsequently on March 2, 2020, counsel for Plaintiff sent another email to State Farm, notifying State Farm that, as an insured, Plaintiff was entitled to a copy of the policy. Counsel for plaintiff further notified State Farm that Kona Villa had authorized State Farm to provide a copy of the policy to Plaintiff.

17.     On March 3, 2020, State Farm responded claiming Kona Villa had previously not authorized them to produce the policy to Plaintiff, and State Farm was not going to produce the policy.

18.     At all times pertinent hereto, Plaintiff has complied with all of State Farm's demands of him.

19.     State Farm has made it impossible for Plaintiff to pursue its claim with his insurer by denying his claim based upon a provision in the bylaws of the condo association and refusing to provide the policy to its insured.

### CAUSE OF ACTION– Breach of Contract Against Defendant Insurer

20.     At the time of damages to Plaintiff's condo, Plaintiff was insured under an insurance policy issued by State Farm.

21.     Upon information and belief, Plaintiff's insurance coverage with State Farm provides insurance coverage for Plaintiff's losses and damages.

22.     Plaintiff suffered injuries and damages to his property and State Farm had a duty to pay Plaintiff insurance benefits.

23.     Plaintiff duly reported the damages to State Farm and fully cooperated with representatives of the insurance carrier, providing them with all requested information.

Clerk Papers 6

24.    State Farm's failure and refusal to pay insurance benefits clearly due to Plaintiff made it necessary for Plaintiff to retain the services of an attorney and incur attorney fees.

25.    State Farm breached its duty to promptly, fully, and fairly investigate and evaluate Plaintiff's claim and to pay a fair and reasonable amount of Plaintiff's damages under its insurance coverage, resulting in further damages to Plaintiff.

26.    State Farm breached its duty of good faith and fair dealings to its insured by failing and refusing to pay under Plaintiff's UM coverage, by citing to Kona Villa's by-laws rather than policy language, by refusing to provide a copy of the policy to its insured, and other reasons.

27.    There was no arguable reason for State Farm to deny Plaintiff's claim.

28.    State Farm knowingly and willfully breached its duty of good faith and fair dealing owed to Plaintiff.

29.    State Farm's conduct toward Plaintiff violated standards of decency, fairness, and reasonableness, and amounted to conscious wrongdoing for a dishonest purpose.

30.    As a direct and proximate result of State Farm's wrongful conduct, Plaintiff has suffered additional damages, including mental anguish, pain, emotional distress, and attorney fees.

31.    State Farm committed a willful or malicious wrong or acted with gross and reckless disregard for Plaintiff's rights.

Clerk Papers 7

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests judgment against Defendant for compensatory damages, attorney's fees, interest, punitive damages, costs of suit, and such other and further relief as this Court may deem just and proper.

Respectfully submitted this the 9th day of March, 2020.

GILBERTO ALARCON MORTERA, PLAINTIFF

BY: _____

CHRISTOPHER J. WELDY, MSB#103995
*Attorney for Plaintiff*

Weldy Law Firm, PLLC
105 North College Street
Brandon, Mississippi 39042
T. 601-624-7460
F. 866-900-4850
Chris@WeldyLawFirm.com

Clerk Papers 8

# Weldy Law Firm, PLLC
105 North College Street
Brandon, Mississippi 39042

Christopher J. Weldy
Attorney at Law

Telephone: 601-624-7460
Facsimile: 866-900-4850
Chris@WeldyLawFirm.com

**VIA US MAIL**

March 9, 2020

Karen Ladner Ruhr
Hancock County Circuit Court Clerk
152 Main Street, Suite B
Bay St. Louis, MS 39520

**Re: Complaint and Summons**
*Gilberto Alarcon Mortera v. State Farm Fire and Casualty Company*

Ms. Ruhr:

I have enclosed the Complaint and Summons to be issued in the above referenced case, as well as a check for the filing fee of $161. Please return two copies of the Summons "issued" in the self-addressed stamped envelope.

If you have any questions, please let me know.

Sincerely,

CHRISTOPHER J. WELDY

CJW
Enclosures

FILED

MAR 12 2020

KENDRA NECAISE
HANCOCK CO
BY _____ D.C.

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

GILBERTO ALARCON MORTERA VS STATE FARM FIRE & CASUALTY

Case # 20-00047        Acct #        Paid By CHECK  1618       Rct#  33697
-----------------------------------------------------------------------

| | |
|---|---:|
| CLERK'S FEES | 85.00 |
| JURY TAX | 3.00 |
| COURT REPORTERS FEE | 10.00 |
| LAW LIBRARY | 2.50 |
| COURT ADMINISTRATOR | 2.00 |
| STATE CT ED FUND | 2.00 |
| COURT CONSTITUENTS | .50 |
| ELECTRONIC COURT | 10.00 |
| LEGAL ASSISTANCE | 5.00 |
| JUDICIAL FUND-JUDGE RAISE | 40.00 |
| ARCHIVE FEE | 1.00 |

```
                                  ===========
                       Total   $    161.00
```
-----------------------------------------------------------------------


Payment received from WELDY LAW FIRE, PLLC
                      105 NORTH COLLEGE STREET


            BRANDON        MS 39042

Transaction   46736 Received  3/12/2020 at 13:23 Drawer   1 I.D. CTHERIOT

Current Balance Due        $0.00           Receipt Amount $    161.00

   By _Ciona Theriot_      D.C.  KENDRA NECAISE, Circuit Clerk


Case # 20-00047        Acct #        Paid By CHECK  1618       Rct#  33697

# IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

**GILBERTO ALARCON MORTERA**                                                                    **PLAINTIFF**

vs.                                                                    CIVIL ACTION NO. _20-00047_

**STATE FARM FIRE AND CASUALTY COMPANY**                                                **DEFENDANT**

## SUMMONS

THE STATE OF MISSISSIPPI TO:

State Farm Fire and Casualty Company
via Mississippi Insurance Commission

### NOTICE TO DEFENDANT

### THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand deliver a copy of a written response to the Complaint to Christopher J. Weldy, the attorney for Plaintiff, whose address is 105 North College Street, Brandon, Mississippi 39042. Your response must be mailed or delivered within (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the **12** day of March, 2020.

Clerk of Hancock County, Mississippi

_Kendra Necaise_
By clerk thereof

(seal)

## MISSISSIPPI INSURANCE DEPARTMENT

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**J. MARK HAIRE**
Deputy Commissioner of Insurance

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.mid.ms.gov

March 26, 2020

MAILING ADDRESS
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474
WATS: 1-800-562-2957 (Incoming-USA)

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
91 7199 9991 7033 1682 3010

State Farm Fire and Casualty Insurance Company
C/O United States Corporation Company
7716 Old Canton Road, Suite C
Madison, MS 39110

In Re: Civil Action No: 20-00047
Gilberto Alarcon Mortera vs State Farm Fire and Casualty Company, in the Circuit Court of
Hancock County, Mississippi

Dear Sir/Madam:

Please find enclosed copy of summons, complaint, and accompanying pleadings, if any,
in the above-styled cause, which has been received in the Commissioner of Insurance's Office by
First Class Mail on March 26, 2020.

Sincerely

MIKE CHANEY
COMMISSIONER OF INSURANCE,

BY _____

Mary Ellen Dillard
Secretary to Commissioner and
Legal Process Clerk

MC/med
Enclosures
Pc: Honorable Kendra Necaise

FILED

MAR 30 2020

KENDRA NECAISE Clerk Papers 12
CIRCUIT CLERK, HANCOCK CO.
BY _____

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

GILBERTO ALARCON MORTERA                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 20-00047

STATE FARM FIRE AND CASUALTY COMPANY                        DEFENDANT

### STATE FARM FIRE AND CASUALTY COMPANY'S NOTICE OF FILING PURSUANT TO 28 U.S.C.§ 1446(d)

Please take notice that pursuant to 28 U.S.C. § 1446(d), the Defendant, State Farm Fire and Casualty Company, (hereinafter "State Farm"), has attached hereto as Exhibit "A," a stamped "Filed" copy of the Notice of Removal filed in the United States District Court for the Southern District of Mississippi, Southern Division.

With the filing of this Notice and the attached Exhibit "A," this Court shall proceed no further unless and until the case is remanded.

**DATED**:  April 27, 2020.

Respectfully submitted,

BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
Attorneys for Defendant,

STATE FARM FIRE AND CASUALTY
COMPANY

BY: /s/ John A. Banahan
JOHN A. BANAHAN (MSB 1731)
CALEN J. WILLS (MSB 104271)

Clerk Papers 13

## CERTIFICATE OF SERVICE

I, **JOHN A. BANAHAN**, one of the attorneys for the Defendant, **STATE**

**FARM FIRE AND CASUALTY COMPANY**, do hereby certify that I have this

date electronically filed the foregoing notice with the Clerk of Court using the MEC

system which sent notification of such filing all counsel of record.

DATED: April 27, 2020.

/s/ *John A. Banahan*
JOHN A. BANAHAN (MSB 1731)
CALEN J. WILLS (MSB 104271)

BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No. (228) 762-6631
Fax No. (228)769-6392
Email: john@bnscb.com
Email: calen@bnscb.com

Clerk Papers 14

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISON

GILBERTO ALARCON MORTERA                                        **PLAINTIFF**

VS.                                          CAUSE NO.: 1:20-cv-152-HSO-JCG

STATE FARM FIRE AND CASUALTY COMPANY                     **DEFENDANT**

## <u>NOTICE OF REMOVAL</u>

TO:     Honorable Judges of the United States District Court for the Southern
        District of Mississippi, Southern Division

**COMES NOW,** the Defendant, **STATE FARM FIRE AND CASUALTY**

**COMPANY** (hereinafter "State Farm"), by and through its undersigned counsel and

pursuant to 28 U.S.C. § § 1332, 1441, and 1446 would respectfully show this Court

as follows, to wit:

### I.

Plaintiff filed his Complaint against the Defendants on March 12, 2020, in

the Circuit Court of Hancock County, Mississippi, said action being designated as

*Gilberto Alarcon Mortera v. State Farm Fire and Casualty Company,* Civil Action

No.: 20-00047 (hereinafter referred to as the "State Court Action").

### II.

State Farm was served with the Summons and Complaint on March 30, 2020.

A copy of the Complaint filed in the Circuit Court of Hancock County, Mississippi, is

attached hereto as Exhibit "A" pursuant to 28 U.S.C. § 1446.

### III.

Pursuant to 28 U.S.C. § 1446(b), the Defendant filed this Notice of Removal

EXHIBIT "A"

Clerk Papers 15

within thirty (30) days of being served with Plaintiff's original Complaint in the State Court Action, which was the first pleading received by the Defendant, through service of process or otherwise, setting forth the claim for relief upon which such action is based.

### IV.

The case is removed less than one (1) year after commencement of the State Court Action, in compliance with 28 U.S.C. § 1446(b).

### PARTIES

### V.

In his Complaint, the Plaintiff pleads that he is an adult resident citizen of Mexico.

### VI.

Defendant State Farm is now and has at all relevant times been a corporation organized and existing under the laws of the State of Illinois and having its principal place of business in the State of Illinois.

### DIVERSITY OF CITIZENSHIP

### VII.

This Court has subject matter jurisdiction of this controversy pursuant to 28 U.S.C. §1332. As required by the first prong of the jurisdictional statute, there is complete diversity of citizenship between the parties. As articulated above, the Plaintiff is a citizen of Mexico and State Farm is a citizen of Illinois.

### AMOUNT IN CONTROVERSY

Clerk Papers 16

## VIII.

The second prong of 28 U.S.C. § 1332 is also met as the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff asserts upon information and belief that he has insurance coverage with State Farm for unspecified losses and damages ¶ 21. Plaintiff also demands judgment for unspecified compensatory damages, attorney's fees, interest, punitive damages, costs of suit and other relief as the Court may deem proper. Ex. "A" last unnumbered paragraph.

## IX.

Given the nature and extent of Plaintiff's allegations, the "matter in controversy" clearly exceeds the $75,000 jurisdictional limit of this Court. And, even if this were not the case, Plaintiff's claim for punitive damages would be sufficient to meet the jurisdictional limit of this Court. *See, e.g., Brasell v. Unumprovident Corp.*, 2001 WL 1530342, *2 (N.D. Miss. Oct. 25, 2001) ("[F]ederal courts in Mississippi have consistently held that a claim for an unspecified amount of punitive damages under Mississippi law is deemed to exceed the amount necessary for federal jurisdiction.") (citing *Allstate Ins. Co. v. Hilbun*, 692 F. Supp. 698, 700-01 (S.D. Miss. 1988)); *Montgomery v. First Family Financial Servs., Inc.*, 239 F. Supp. 2d 600, 605 (S.D. Miss. 2002) ("The court is of the opinion in the case at bar that it is facially apparent from plaintiffs' complaint that the amount in controversy exceeds $75,000, given the nature of plaintiffs' claims and the fact of plaintiffs' demand for punitive damages….").

Clerk Papers 17

## CONCLUSION

### X.

This action is removable pursuant to 28 U.S.C. § 1332, §1441(a) and §1446(b), as amended, and written notice of the filing of this Notice of Removal and copies of all process, pleadings, and orders will be served upon Plaintiff's counsel as required by law.

### XI.

Pursuant to the requirements of 28 U.S.C. § 1446(b), a Notice of Filing, attaching a copy this Notice as an exhibit thereto, will be filed with the Circuit Clerk of Hancock County, Mississippi.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, State Farm respectfully submits this Notice of Removal from the Circuit Court of Hancock County, Mississippi, to the United States District Court for the Southern District of Mississippi, Southern Division. Defendant further requests any additional relief to which it may be entitled.

**DATED**: April 24, 2020.

Respectfully submitted,

BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
Attorneys for Defendant,

**STATE FARM FIRE AND CASUALTY
COMPANY**

BY: */s/ John A. Banahan*
    **JOHN A. BANAHAN (MSB 1731)
CALEN J. WILLS (MSB 104271)**

Clerk Papers 18

BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No.  (228) 762-6631
Fax No.  (228)769-6392
john@bnscb.com
calen@bnscb.com

Clerk Papers 19

## CERTIFICATE OF SERVICE

I, **JOHN A. BANAHAN**, one of the attorneys for the Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, do hereby certify that I have this date mailed, postage prepaid, a true and correct copy of the foregoing Notice of Removal to:

> Christopher J. Weldy
> Weldy Law Firm, PLLC
> 105 North College Street
> Brandon, MS  39042

**DATED**:  April 24, 2020

BY: /s/ *John A. Banahan*
        **JOHN A. BANAHAN (MSB 1731)**
        **CALEN J. WILLS (MSB 104271)**

BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No.  (228) 762-6631
Fax No.  (228)769-6392
john@bnscb.com
calen@bnscb.com

Clerk Papers 20

Case 1:20-cv-00152-HSO-JCG Document 1-1 Filed 04/24/20 Page 1 of 7
Case 1:20-cv-00152-HSO-JCG Document 4 Filed 05/01/20 Page 22 of 29
Case: 23CI1:20-cv-00047 Document #: 2 Filed: 03/12/2020 Page 1 of 7

# IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

**GILBERTO ALARCON MORTERA**                                        **PLAINTIFF**

**V.**                                          CIVIL ACTION NO. $20$-$00047$

**STATE FARM FIRE AND CASUALTY COMPANY**                    **DEFENDANTS**

## COMPLAINT
## (JURY TRIAL REQUESTED)

COMES NOW, Gilberto Alarcon Mortera, Plaintiff in the above styled and numbered cause, by and through his attorney, and files this his Complaint against, Defendant, and in support thereof would show unto the Court the following matters and facts:

### PARTIES

1.    Plaintiff is an adult resident citizen of Mexico.

2.    Defendant is doing business in Hancock County, Mississippi, who may be served with process upon the Mississippi Insurance Commissioner.

### JURISDICTION AND VENUE

3.    This action arises out of the Defendant's breach contract and breach of the implied covenant of good faith and fair dealing in performance and enforcement of its insurance contract with Plaintiff, committed in whole or in part in the State of Mississippi against a resident of Mexico. This court has jurisdiction over the Defendant because Defendant is a corporation doing business in Hancock County, Mississippi, and the events giving rise to the claim which resulted in the denial of coverage took place in Hancock County, Mississippi.

4.    Venue is proper in Hancock County, Mississippi, since the tortious acts and breaches of Defendants were committed in whole or in part in Hancock County, Mississippi.

Page 1 of 5

FILED

MAR 1 2 2020

KENDRA NECAISE
CIRCUIT CLERK HANCOCK CO
BY _Chavie_ DC

EXHIBIT "A"                                        Clerk Papers 21

## FACTS

6.      On or about July 7, 2018, Plaintiff's property at #102A Kona Villa, Diamondhead, Mississippi was damaged.

7.      Plaintiff and the Kona Villa Owners Association ("Kona Villa") contacted its insurance company, State Farm, regarding the damage Plaintiff's condominium unit sustained.

8.      On September 7, 2018, State Farm responded to Plaintiff and Kona Villa with a letter denying Plaintiff's claim.

9.      State Farm did not cite to any policy provision in their September 7, 2018 letter.

10.     State Farm relied upon a "maintenance" provision in Kona Villa's by-laws to deny insurance coverage to the Plaintiff.

11.     State Farm claimed each condo unit owner would be responsible for their own interior repairs.

12.     On February 17, 2020, counsel for Plaintiff contacted State Farm for a copy of all correspondence concerning the claim and a copy of the policy at issue.

13.     On February 20, 2020, State Farm provided only the September 7, 2018 letter. State Farm refused to provide the policy to its insured, the Plaintiff, because State Farm claimed Kona Villa did not give State Farm permission to send that information to Plaintiff.

14.     On February 24, 2020, counsel for Plaintiff notified State Farm that Plaintiff is a member of the association and is entitled to the policy.

15.     On March 2, 2020, after receiving no response from State Farm, counsel for Plaintiff contacted the president of Kona Villa, Kim Ellingberg. Mr. Ellingberg notified counsel for Plaintiff that Kona Villa authorized State Farm to provide Plaintiff with a copy of the policy.

Clerk Papers 22

16.     Subsequently on March 2, 2020, counsel for Plaintiff sent another email to State Farm, notifying State Farm that, as an insured, Plaintiff was entitled to a copy of the policy. Counsel for plaintiff further notified State Farm that Kona Villa had authorized State Farm to provide a copy of the policy to Plaintiff.

17.     On March 3, 2020, State Farm responded claiming Kona Villa had previously not authorized them to produce the policy to Plaintiff, and State Farm was not going to produce the policy.

18.     At all times pertinent hereto, Plaintiff has complied with all of State Farm's demands of him.

19.     State Farm has made it impossible for Plaintiff to pursue its claim with his insurer by denying his claim based upon a provision in the bylaws of the condo association and refusing to provide the policy to its insured.

### CAUSE OF ACTION– Breach of Contract Against Defendant Insurer

20.     At the time of damages to Plaintiff's condo, Plaintiff was insured under an insurance policy issued by State Farm.

21.     Upon information and belief, Plaintiff's insurance coverage with State Farm provides insurance coverage for Plaintiff's losses and damages.

22.     Plaintiff suffered injuries and damages to his property and State Farm had a duty to pay Plaintiff insurance benefits.

23.     Plaintiff duly reported the damages to State Farm and fully cooperated with representatives of the insurance carrier, providing them with all requested information.

Clerk Papers 23

Case 2:30-cv-00152-HSO-JCG Document 5-1 Filed 04/24/20 Page 4 of 7
Case 1:20-cv-00152-HSO-JCG Document 4 Filed 05/01/20 Page 25 of 29
Case: 23CI1:20-cv-00047 Document #: 2 Filed: 03/12/2020 Page 4 of 7

24. State Farm's failure and refusal to pay insurance benefits clearly due to Plaintiff made it necessary for Plaintiff to retain the services of an attorney and incur attorney fees.

25. State Farm breached its duty to promptly, fully, and fairly investigate and evaluate Plaintiff's claim and to pay a fair and reasonable amount of Plaintiff's damages under its insurance coverage, resulting in further damages to Plaintiff.

26. State Farm breached its duty of good faith and fair dealings to its insured by failing and refusing to pay under Plaintiff's UM coverage, by citing to Kona Villa's by-laws rather than policy language, by refusing to provide a copy of the policy to its insured, and other reasons.

27. There was no arguable reason for State Farm to deny Plaintiff's claim.

28. State Farm knowingly and willfully breached its duty of good faith and fair dealing owed to Plaintiff.

29. State Farm's conduct toward Plaintiff violated standards of decency, fairness, and reasonableness, and amounted to conscious wrongdoing for a dishonest purpose.

30. As a direct and proximate result of State Farm's wrongful conduct, Plaintiff has suffered additional damages, including mental anguish, pain, emotional distress, and attorney fees.

31. State Farm committed a willful or malicious wrong or acted with gross and reckless disregard for Plaintiff's rights.

Clerk Papers 24

Case 1:20-cv-00152-HSO-JCG   Document 1-1   Filed 04/24/20   Page 5 of 7
Case 1:20-cv-00152-HSO-JCG   Document 4   Filed 05/01/20   Page 26 of 29
Case: 23CI1:20-cv-00047   Document #: 2   Filed: 03/12/2020   Page 5 of 7

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests judgment against Defendant for compensatory damages, attorney's fees, interest, punitive damages, costs of suit, and such other and further relief as this Court may deem just and proper.

Respectfully submitted this the 9th day of March, 2020.

GILBERTO ALARCON MORTERA, PLAINTIFF

BY: _____
CHRISTOPHER J. WELDY, MSB#103995
*Attorney for Plaintiff*

Weldy Law Firm, PLLC
105 North College Street
Brandon, Mississippi 39042
T. 601-624-7460
F. 866-900-4850
Chris@WeldyLawFirm.com

Clerk Papers 25

Case 1:20-cv-00152-HSO-JCG   Document 1-1   Filed 04/24/20   Page 6 of 7
Case 1:20-cv-00152-HSO-JCG   Document 4   Filed 05/01/20   Page 27 of 29
Case: 23CI1:20-cv-00047   Document #: 2   Filed: 03/12/2020   Page 6 of 7

# Weldy Law Firm, PLLC
## 105 North College Street
## Brandon, Mississippi 39042

Christopher J. Weldy
Attorney at Law

Telephone: 601-624-7460
Facsimile: 866-900-4850
Chris@WeldyLawFirm.com

**VIA US MAIL**

March 9, 2020

Karen Ladner Ruhr
Hancock County Circuit Court Clerk
152 Main Street, Suite B
Bay St. Louis, MS 39520

**Re: Complaint and Summons**
   *Gilberto Alarcon Mortera v. State Farm Fire and Casualty Company*

Ms. Ruhr:

I have enclosed the Complaint and Summons to be issued in the above referenced case, as well as a check for the filing fee of $161. Please return two copies of the Summons "issued" in the self-addressed stamped envelope.

If you have any questions, please let me know.

Sincerely,

CHRISTOPHER J. WELDY

CJW
Enclosures

FILED

MAR 1 2 2020

KENDRA NECAISE
CIRCUIT CLERK HANCOCK CO.
BY_____ D.C.

Clerk Papers 26

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

GILBERTO ALARCON MORTERA VS STATE FARM FIRE & CASUALTY

Case # 20-00047       Acct #       Paid By CHECK  1618     Rct#  33697
------------------------------------------------------------------------

|                              |        |
| ---------------------------- | ------ |
| CLERK'S FEES                 |  85.00 |
| JURY TAX                     |   3.00 |
| COURT REPORTERS FEE          |  10.00 |
| LAW LIBRARY                  |   2.50 |
| COURT ADMINISTRATOR          |   2.00 |
| STATE CT ED FUND             |   2.00 |
| COURT CONSTITUENTS           |    .50 |
| ELECTRONIC COURT             |  10.00 |
| LEGAL ASSISTANCE             |   5.00 |
| JUDICIAL FUND-JUDGE RAISE    |  40.00 |
| ARCHIVE FEE                  |   1.00 |

                                        ===========
                           Total   $     161.00
------------------------------------------------------------------------


Payment received from WELDY LAW FIRE, PLLC
                      105 NORTH COLLEGE STREET


                      BRANDON          MS 39042

Transaction    46736 Received  3/12/2020 at 13:23 Drawer   1 I.D. CTHERIOT

Current Balance Due        $0.00          Receipt Amount $    161.00

  By  Clona Theriot     D.C.   KENDRA NECAISE, Circuit Clerk



Case # 20-00047       Acct #       Paid By CHECK  1618     Rct#  33697

JS 44 (Rev. 09/19)  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

1:20-cv-152-HSO-JCG

## I. (a) PLAINTIFFS

Mortera, Gilberto Alarcon

**(b)** County of Residence of First Listed Plaintiff   Mexico
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Christopher J. Weldy, Weldy Law Firm, PLLC, 105 North College St., Brandon, MS 39042, 601-624-7460

## DEFENDANTS

State Farm Fire and Casualty Company

County of Residence of First Listed Defendant   Bloomington, IL
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
John A. Banahan, Bryan, Nelson, Schroeder, Castigliola & Banahan, PLLC, PO Drawer 1529, Pascagoula, MS 39568

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability — Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & — ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander — Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' — Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability — ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine — Injury Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability — **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle — ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle — ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Product Liability — ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 360 Other Personal — Property Damage | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | Injury — ☐ 385 Property Damage | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - Medical Malpractice — Product Liability | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights — **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting — ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment — ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations — ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment — ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other — **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education — ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USCA Section 1332 and 1441(a), 1446(b)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions:)*
JUDGE                                    DOCKET NUMBER

DATE
04/24/2020

SIGNATURE OF ATTORNEY OF RECORD
/s/ John A. Banahan

**FOR OFFICE USE ONLY**

RECEIPT #                AMOUNT   $400.00                APPLYING IFP                JUDGE                MAG. JUDGE

0538-4260313

Clerk Papers 28